**\*E-FILED 02-04-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C10-05637 HRL |
| Plaintiff,<br>v. | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| THE CALIFORNIA STATE UNIVERSITY,<br>SAN JOSE STATE UNIVERSITY, | |
| Defendant. | |

This matter is set for an initial case management conference on February 8, 2011. However, the parties have failed to file a Joint Case Management Statement as required by Civil Local Rule 16-9. Additionally, defendant has not yet consented or declined to proceed before a United States Magistrate Judge.

Accordingly, the initial case management conference is **continued to March 1, 2011, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **February 22, 2011**. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action.

Additionally, **no later than February 22, 2011**, defendant shall file either a consent or declination to proceed before a United States Magistrate Judge. The forms are available from

1   the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

2   SO ORDERED.

3   Dated:   February 4, 2011

5   HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-05637-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-05637-HRL Notice has been mailed to:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Pro Se Plaintiff