**United States District Court**
For the Northern District of California

***E-FILED 04-05-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>         Plaintiff,<br><br>   v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>SAN JOSE STATE UNIVERSITY,<br><br>         Defendant. | Nos.   C09-05291 HRL<br>         C09-05611 HRL<br>         C10-03437 HRL<br>         C10-05637 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO VACATE DISPOSITIVE MOTION DEADLINES** |

Defendant's motion to vacate currently scheduled deadlines for hearing dispositive motions in each of the above-listed cases is granted. Those deadlines are vacated and will be re-set, as may be appropriate, following resolution of defendant's motion to consolidate all of these lawsuits.

SO ORDERED.

Dated:   April 5, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  Notice has been electronically mailed to:

2  Mary Susan Cain-Simon      Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3

4  Notice mailed to:

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110

7           Pro Se Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28